```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03424
    KALVIN D HOOPER
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-1298


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 02/27/07 and confirmed on 04/27/07.

    2.   The case was dismissed after confirmation, 02/01/2008.

    3.   The Debtor paid a total of $    3417.00 .

    4.   The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------------
MIDFIRST BANK              CURRENT MORTG         .00            .00            .00
MIDFIRST BANK              MORTGAGE ARRE      172.65            .00         172.65
BENEFICIAL MORTGAGE CO O   SECURED              .00             .00            .00
BENEFICIAL MORTGAGE CO O   MORTGAGE ARRE      165.63            .00         165.63
MIDLAND CREDIT MGMT        SECURED            1582.00         51.94         141.84
CAPITAL ONE BANK           UNSECURED          842.10            .00            .00
AT&T MOBILITY LLC          UNSECURED         NOT FILED          .00            .00
CONDELL MEDICAL CENTER     UNSECURED         NOT FILED          .00            .00
DESTINY HEALTH INS CO      UNSECURED         NOT FILED          .00            .00
ILLINOIS BONE & JOINT CE   UNSECURED         NOT FILED          .00            .00
KANG-YANN LIN MD           UNSECURED         NOT FILED          .00            .00
LAKE SHORE ORTHOPAEDICS    UNSECURED         NOT FILED          .00            .00
NORTHWESTERN MEDICAL FAC   UNSECURED         NOT FILED          .00            .00
VISTA MEDICAL CENTER EAS   UNSECURED         NOT FILED          .00            .00
VISTA HEALTH               UNSECURED         NOT FILED          .00            .00
WKGN FAMILY DENTAL         UNSECURED         NOT FILED          .00            .00
            Summary of disbursements:
----------------------------------------------------------------------------
                   SECURED       PRIORITY     UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED 1920.28           .00       842.10          .00        2762.38
PRINCIPAL PAID      480.12           .00          .00          .00         480.12
INTEREST PAID        51.94           .00          .00          .00          51.94
TOTAL PAID          532.06           .00          .00          .00         532.06
The Debtor's attorney, JEFF WHITEHEAD                  , was allowed $    3000.00
and was paid $    222.56   direct and $    2777.44   through the plan.

The Trustee received $     107.50 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 03424 KALVIN D HOOPER